No. 74–6292.  SACASAS *v.* HOGAN, WARDEN; and

No. 74–6478.  MINK *v.* EGELER, WARDEN.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 74–1270.  TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. *v.* COLORADO PUBLIC INTEREST RESEARCH GROUP, INC., ET AL.  C. A. 10th Cir.  Motion of Boston Edison Co. et al. for leave to file a brief as *amici curiae* and certiorari granted.

No. 74–1287.  WEINSTEIN ET AL. *v.* BRADFORD ET AL.  C. A. 4th Cir.  Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 74–1085.  MATTEO *v.* UNITED STATES;

No. 74–1143.  INDIVIGLIO *v.* UNITED STATES; and

No. 74–6161.  BREEN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 74–1121.  HOOD, AKA HAWKINS, ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 74–1133.  STRAUSS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–1218.  ALLEN HOMES, INC. *v.* WEERSING ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 74–1244.  BRUNDAGE *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.